# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Docket no. 03-cr-87-P-S |
| DWAYNE ANDERSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER APPOINTING COUNSEL

Before the Court are Defendant's *pro se* Motions to Reduce Sentence (Docket #s 112 & 114). Having conducted an initial review of the Motions and the record, the Court has determined that the Defendant may be entitled to a reduction in sentence once the revision of U.S.S.G § 1B1.10 becomes effective on March 3, 2008. Therefore, the Court hereby APPOINTS COUNSEL to assist the Defendant in connection with all proceedings related to these Motions.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 19th day of December, 2007.